## Commonwealth *v.* Dardaia, Appellant.

*Criminal law—Murder—Evidence.*

On the trial of an indictment for murder the commonwealth's evidence
showed that while the deceased was walking along the railroad track in
pursuit of a friend who had jokingly taken his bottle from him, the prisoner
came running across the field up to the track and almost instantly stabbed
the deceased three times.   When caught by some of the men who had run
to the scene, the prisoner explained that the deceased had hit him the
night before and he had cut him for it.   The commonwealth also showed
that there had been a dispute over a trivial matter the night before in
which the deceased had hit the prisoner, and that the latter had on the
next morning inquired for the deceased and made threats that he would
" fix him."

*Held,* that the evidence showed all the elements of murder in the first de-
gree.

Submitted Oct. 24, 1904.    Appeal, No. 168, Oct. T., 1904,
by defendant, from judgment of O. & T. Allegheny Co.,
Dec. T., 1903, No. 37, on verdict of guilty of murder in the first
degree in case of Commonwealth v. Reno Dardaia.    Before
MITCHELL, C. J., DEAN, FELL, BROWN, MESTREZAT, POTTER
and THOMPSON, JJ.    Affirmed.

Indictment for murder.

The defendant entered a plea of guilty of murder and the
testimony was submitted to the court to fix the degree.    The
court adjudged the murder as of the first degree and sentenced
the prisoner to death.

The opinion of the Supreme Court states the case.

No assignments of error were printed in paper-book.

*James Francis Burke,* for appellant,

*Robert E. Stewart*, district attorney, with him *Wm. D. Grimes*, assistant district attorney, for appellee.

PER CURIAM, November 4, 1904:

The commonwealth's evidence showed that while the deceased was walking along the railroad track in pursuit of a friend who had jokingly taken his bottle from him the appellant came running across the field and up to the track and almost instantly stabbed the deceased three times. When caught by some of the men who had run to the scene, the prisoner explained that the deceased had hit him the night before and he had cut him for it. The commonwealth also showed that there had been a dispute over a trivial matter the night before in which the deceased had hit the appellant, and that the latter had on the next morning inquired for the deceased and made threats that he would " fix him."

All the elements of murder of the first degree were fully shown by the evidence and the court could not possibly have reached any other conclusion.

Judgment affirmed and the record is ordered to be remitted to the court below for purpose of execution.